

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00669-CR

April Brook **BISHOP,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12051
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant has filed a pro se motion for leave to file a late notice of appeal. The trial court imposed or suspended sentence on August 17, 2016. A motion for new trial was due on September 16, 2016. It appears from the clerk's record that appellant did not file a timely motion for new trial. Thus, the latest possible date for appellant to have timely filed her notice of appeal was September 16, 2016. TEX. R. APP. P. 26.2(a). Additionally, a motion for extension of time to file the notice of appeal was due on October 1, 2016. TEX. R. APP. P. 26.3. Appellant, however, did not file her notice of appeal until October 7, 2016, and has not timely filed a motion for extension of time.

Appellant requests that we grant her leave to file a late notice of appeal. We do not have the authority to grant such leave, as we lack jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (out-of-time appeal from felony conviction may be sought by filing writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).

We, therefore, ORDER appellant to show cause on or before **November 30, 2016** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_____
Karen Angelini, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.



_____
Keith E. Hottle
Clerk of Court